■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO PENA, Appellant. [841 NYS2d 446]—Judgment, Supreme Court, New York County (Laura A. Ward, J., at plea; A. Kirke Bartley, J., at sentence), rendered on or about October 18, 2004, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Lippman, P.J., Mazzarelli, Sullivan, Nardelli and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO RIVERA, Also Known as WILLIAM REYES, Appellant. [841 NYS2d 446]—Appeal from order, Supreme Court, New York County (Lewis Bart Stone, J.), entered on or about February 24, 2006, which denied defendant's CPL 440.10 motion to vacate judgment, unanimously dismissed as having been decided by a prior order of this Court.

The order in question has already been affirmed. A Justice of this Court granted leave to appeal from the order, and directed that such appeal be consolidated with defendant's direct appeal from the judgment of conviction. Defendant perfected both appeals, and this Court's order (38 AD3d 321 [2007], lv denied 8 NY3d 989 [2007]) affirmed both the judgment and the order. Were we not dismissing the present appeal, we would find it to be without merit. Concur—Lippman, P.J., Mazzarelli, Sullivan, Nardelli and Sweeny, JJ.